UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PDV SWEENY, INC. and PDV TEXAS, INC.

                Petitioners,

v.

CONOCOPHILLIPS COMPANY formerly doing business as PHILLIPS PETROLEUM COMPANY and SWEENY COKER INVESTOR SUB, LLC formerly doing business as SWEENY COKER INVESTOR SUB, INC.

                Respondents.

No. 14-cv- 5183


RECEIVED
JUL 11 2014
U.S.D.C. S.D.N.Y.
CASHIERS

### DECLARATION OF JOSEPH D. PIZZURRO

    Joseph D. Pizzurro declares under penalty of perjury:

    1.    I am a member of the law firm Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for the petitioners PDV Sweeny, Inc. and PDV Texas, Inc. (the "Petitioners") in the above-captioned action, and a member of the bar of this Court.

    2.    I submit this Declaration in support of the Petitioners' Petition to Vacate the Arbitral Award.

    3.    Attached hereto as Exhibit 1 are true and accurate copies of the Partial Arbitral Award rendered in ICC Case No. 16982/JRF/CA/ASM (C-17336/JRF) as well as the April 23, 2014 letter from Ana Serra e Moura of the ICC delivering a courtesy copy of the partial award to counsel for the parties.

    4.    Attached hereto as Exhibit 2 is a true and accurate copy of the Amended and Restated Transfer Agreement dated June 18, 1999.

5. Attached hereto as Exhibit 3 is a true and accurate copy of the relevant portions of the Amended and Restated Crude Oil Supply Agreement dated June 18, 1999, including the cover page, the table of contents, and pages 25 and 26.

6. Attached hereto as Exhibit 4 is a true and accurate copy of the Amended and Restated Supplemental Crude Oil Supply Agreement dated June 18, 1999.

7. Attached hereto as Exhibit 5 is a true and accurate copy of the Report Concerning the Value of Merey Sweeny L.P. by Garfield L. Miller, III, Aegis Energy Advisors Corp., dated August 6, 2012, that was submitted by Respondents ConocoPhillips Company and Sweeny Coker Investor Sub, Inc. in ICC Case No. 16982/JRF/CA/ASM (C-17336/JRF).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, New York,
July 11, 2014

By: _____
Joseph D. Pizzurro