UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PDV SWEENY, INC. and PDV TEXAS, INC., <br><br>Petitioners,<br><br>v.<br><br>CONOCOPHILLIPS COMPANY formerly doing business as PHILLIPS PETROLEUM COMPANY and SWEENY COKER INVESTOR SUB, LLC formerly doing business as SWEENY COKER INVESTOR SUB, INC.,<br><br>Respondents. | Case No. 14-cv-5183 (AJN) (FM)<br><br>**NOTICE OF CROSS-PETITION** |

PLEASE TAKE NOTICE, that upon the Declaration of Sam Prevatt, dated August 29, 2014, the exhibits annexed thereto, and the Memorandum of Law in Opposition to Petition to Vacate and in Support of Cross-Petition to Confirm, Recognize and Enforce the Arbitration Award, Respondents ConocoPhillips Company and Sweeny Coker Investor Sub, LLC, by and through their undersigned attorneys, Freshfields Bruckhaus Deringer US LLP, will move this court, before the Honorable Alison J. Nathan, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, on a date and at a time to be designated by the Court, for an Order: (*a*) denying the Petition by PDV Sweeny, Inc. and PDV Texas, Inc. pursuant to Sections 10 and 307 of the Federal Arbitration Act (the "FAA") to vacate the Partial Award rendered in ICC Case No. 16982/JRF/CA/ASM (C-17336/JRF), dated April 14, 2014 (the "Partial Award"); (*b*) confirming, recognizing and enforcing the Partial Award and the Final Award, dated August 18, 2014, pursuant to Sections 9, 207, and 302 of the FAA; and (*c*) granting such other relief that the Court deems just and proper.

Dated: New York, New York
August 29, 2014

Respectfully submitted,
FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: _____

Michael Lacovara
Elliot Friedman
Sam Prevatt
601 Lexington Avenue
31st Floor
New York, New York 10022
Tel:  212-277-4000
Fax:  212-277-4001
michael.lacovara@freshfields.com
elliot.friedman@freshfields.com
sam.prevatt@freshfields.com

*Attorneys for Respondents ConocoPhillips Company and Sweeny Coker Investor Sub, LLC*