# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

| | | | |
|---|---|---|---|
| ALMATY | ISTANBUL | | |
| ASHGABAT | LONDON | | |
| ASTANA | MEXICO CITY | ATTORNEYS AND COUNSELLORS AT LAW | TELEPHONE 212-696-6000 |
| BEIJING | MILAN | | FACSIMILE 212-697-1559 |
| BUENOS AIRES | MUSCAT | 101 PARK AVENUE | WWW.CURTIS.COM |
| DUBAI | PARIS | NEW YORK, NEW YORK 10178-0061 | |
| FRANKFURT | ROME | | |
| HOUSTON | WASHINGTON, D.C. | | |

WRITER'S DIRECT:
TEL.: 212-696-6196
E-MAIL: jpizzurro@curtis.com
FACSIMILE: 917-368-8996

December 5, 2014

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *PDV Sweeny, Inc., et al. v. ConocoPhillips Company, et al.*, S.D.N.Y. No. 14 Civ. 5183 (AJN) (FM)

Dear Judge Nathan:

Pursuant to Rule 3.H of Your Honor's Individual Practices in Civil Cases, we write to notify the Court that 60 days have elapsed since the above-referenced matter has been fully briefed, and no oral argument has been scheduled. Nor have the pending petition and cross-petition been decided.

Yours truly,

Joseph D. Pizzurro

cc: Michael Lacovara (michael.lacovara@freshfields.com)
Elliot Friedman (elliot.friedman@freshfields.com)
Samuel E. Prevatt (sam.prevatt@freshfields.com)